UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEATHER GRAY,<br><br>                    Plaintiff(s),<br><br>v.<br><br>EMOTIONAL RECORDS, LTD., ET AL.,<br><br>                    Defendant(s). | 23-CV-7843 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

    An order issued December 13, 2023, scheduled an initial pretrial conference in this matter for January 9, 2024, and required the parties to file a joint status letter and proposed case management plan by January 2, 2024.  *See* ECF No. 14.  No such materials were filed. Defendants have not appeared.

    It is hereby **ORDERED** that, if the parties are in contact, the parties shall file the required materials as soon as possible and no later than **January 16, 2024.**  If the parties are not in contact, Plaintiff shall file a status letter on ECF describing her efforts to provide actual notice of this lawsuit to Defendants and shall request adjournment of the initial-pretrial conference, as appropriate.

    The initial conference on January 9, 2024, is **ADJOURNED** to **January 23, 2024, at 10:30 a.m. EST.**  The conference will be telephonic. The parties shall join the conference by dialing (646) 453-4442 and entering the conference ID: 411 283 534, followed by the pound sign (#).

    It is further **ORDERED** that Defendant shall serve this order on Defendants via Federal Express and file proof of service on ECF by **January 16, 2024**.

    SO ORDERED.

2

Dated: January 4, 2024
      New York, New York

_____
DALE E. HO
United States District Judge