UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEATHER GRAY,<br><br>        Plaintiff,<br><br>    v.<br><br>EMOTIONAL RECORDS, LTD., et al.,<br><br>        Defendants. | 23-cv-7843 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An order issued on December 13, 2023, scheduled an initial pretrial conference for January 9, 2024.  *See* ECF No. 14.  That order required the parties to file a joint status letter, attaching a proposed case management plan, by January 2, 2024.  No such materials were filed.

  An order issued on January 4, 2024, adjourned the deadline to file the required materials to January 16, 2023, and adjourned the initial conference to January 23, 2024.  *See* ECF. No. 17.  Plaintiff filed a letter asking for another adjournment on January 16, 2024.  *See* ECF No. 18.  The Court granted the request and adjourned the initial conference to March 5, 2024, making the required IPTC materials by February 27, 2024.  *See* ECF No. 19.  No such materials were filed.

  It is hereby **ORDERED** that the parties shall file the required joint status letter and proposed case management plan as soon as possible and no later than **March 1, 2024.**

  It is further **ORDERED** that Plaintiff shall serve this order on Defendants via Federal Express and file proof of service on ECF by **March 1, 2024.**

  Plaintiff is apprised that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

  SO ORDERED.

Dated: February 28, 2024
New York, New York

                           DALE E. HO
                        United States District Judge